# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 21-00420-KD-MU |
| | ) |
| STATE FARM FIRE AND | ) |
| CASUALTY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This action is before the Court on notice of settlement from United States Magistrate Judge P. Bradley Murray. The parties report that this action has settled but they request thirty (30) days to finalize the settlement agreement.

Accordingly, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate the action within thirty (30) days of the date of this Order** should the settlement agreement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 2nd day of March 2023.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**